# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 75 EAL 2019 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Published Opinion and Order** of |
| v. | : | the Superior Court at No. 599 EDA |
| | : | 2016, at 203 A.3d 264 (Pa. Super. |
| | : | 2019) entered on January 28, 2019, |
| DARRYL PRICE, | : | **affirming** the Judgment of Sentence |
| | : | of the Philadelphia County Court of |
| Petitioner | : | Common Pleas at No. CP-51-CR- |
| | : | 0009035-2014 entered on December |
| | : | 30, 2015 |

## ORDER

**PER CURIAM**

**AND NOW**, this 13th day of August, 2019, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **VACATED,** and the matter is **REMANDED** for further review consistent with *Commonwealth v. Hicks*, __ A.3d ___, 2019 WL 2305953 (Pa. May 31, 2019).